FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 11 2020

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:20-cr- 00268 - SWW |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) |
| JOSEPH BARNHART | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about July 8, 2019, in the Eastern District of Arkansas, the defendant,

### JOSEPH BARNHART,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine actual, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

### COUNT TWO

A.     On or about July 8, 2019, the defendant,

### JOSEPH BARNHART,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.     Theft by receiving, in Saline County, Arkansas, Circuit Court in criminal case CR-2005-698;

2.     Theft by receiving, in Pulaski County, Arkansas, Circuit Court in criminal case CR-2006-1827;

3.     Theft by receiving, in Pulaski County, Arkansas, Circuit Court in criminal case CR-2006-2030;

4.     Forgery – 2nd Degree (2 counts), in Pulaski County, Arkansas, Circuit Court in criminal case CR-2008-2665;

5.     Theft by receiving, in Pulaski County, Arkansas, Circuit Court in criminal case CR-2010-2579;

6.     Theft by receiving, in Pulaski County, Arkansas, Circuit Court in criminal case CR-2011-1683;

7.     Theft by receiving, in Pulaski County, Arkansas, Circuit Court in criminal case CR-2011-1913;

8.     Theft by receiving, Fleeing, and Criminal mischief – 2nd degree, in Pulaski County, Arkansas, Circuit Court in criminal case CR-2011-3343;

9.     Theft of property, in Saline County, Arkansas, Circuit Court in criminal case 63CR-12-429; and

10.    Theft by receiving, in Pulaski County, Arkansas, Circuit Court in criminal case CR-2016-4094.

B.     On or about July 8, 2019, in the Eastern District of Arkansas, the defendant,

JOSEPH BARNHART,

knowingly possessed, in and affecting commerce, a firearm, that is: a Taurus Millennium G2 PT140 .40 caliber pistol, bearing serial number SIX44127, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

On or about July 8, 2019, in the Eastern District of Arkansas, the defendant,

JOSEPH BARNHART,

knowingly and intentionally possessed a firearm, that is: a Taurus Millennium G2 PT140 .40 caliber pistol, bearing serial number SIX44127, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1 of this Indictment, the defendant, JOSEPH BARNHART, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1 of this Indictment, the defendant, JOSEPH BARNHART, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## **FORFEITURE ALLEGATION 3**

Upon conviction of Count 1, 2, or 3 of this Indictment, the defendant, JOSEPH BARNHART, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[End of text. Signature page to follow.]